| | |
|---|---|
| 1 | JACQUELINE DESOUZA, State Bar No.:133686 |
| | DESOUZA LAW OFFICES, a professional corporation |
| 2 | 1615 Hopkins Street |
| | Berkeley, CA 94707 |
| 3 | Tel/Fax:     (510) 649-3420 |
| 4 | Attorneys for Defendants |
| | Apparent Inc; Apparent Energy Inc; |
| 5 | Apparent Solar Inc; Xslent Energy Technologies, LLC |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 9 | AI-DAIWA, LTD | Case No. CV 13-04156 **(YGR)** |
| 10 | Plaintiff, | |
| 11 | vs. | RE-NOTICE OF MOTION TO DISMISS THE FIRST AMENDED COMPLAINT; |
| 12 | APPARENT, INC., a Delaware corporation; APPARENT ENERGY, INC., a Delaware | MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF |
| 13 | corporation; APPARENT SOLAR, INC., a Delaware Corporation; APPARENT SOLAR | DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT |
| 14 | INVESTMENTS, LLC, a Hawaii limited liability company; XSLENT, LLC, a Delaware | PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULES 12(b)(3); |
| 15 | limited liability company; XSLENT ENERGY TECHNOLOGIES, LLC, a Delaware limited | 12(b)(6) |
| 16 | liability company; and DOES 1-10 inclusive, | Date: December 3, 2013 |
| | | Time: 2:00 p.m. |
| 17 | Defendants. | Dept: Courtroom E, 2nd Floor |
| 18 | _____/ | Complaint filed: September 9, 2013 |
| 19 | | First Amended Complaint filed: October 8, 2013 |

I.   **NOTICE OF MOTION**

**NOTICE** is hereby given that on December 3, 2013, at 2:00 p.m. before the Honorable Judge Yvonne Gonzalez Rogers, in Courtroom E of the above-reference Court located at Oakland Courthouse, 2nd Floor 1301 Clay Street, Oakland, CA 94612, Defendants Apparent Inc., Apparent Energy Inc., Apparent Solar Inc., and Xslent Energy Technologies, LLC will seek an Order dismissing this Action.  This motion is brought on grounds that this Court is not the proper venue for this action (Fed.R.Civ.P. 12(b)(3).); and, that Plaintiff fails to state a cause of action against them upon which relief may be granted. (Fed.R.Civ.P.12(b)(6).)

1  This Motion will be based on this Re-notice of Motion, the previously filed Notice of Motion and
2  Memorandum of Points and Authorities, Declarations of Jacqueline deSouza and Dan Tran, Request
3  for Judicial Notice, Administrative Motion to File Under Seal, the Court file and records on this
4  action, and upon such oral and documentary evidence and argument as may be presented at the
5  hearing.

6  Dated: October 22, 2013

Desouza Law Offices
A professional corporation

By:_____/s/Jacqueline deSouza
Jacqueline deSouza
Attorneys of Record for Defendants
Apparent Inc; Apparent Energy Inc;
Apparent Solar Inc; Xslent Energy
Technologies, LLC