UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AI-DAIWA, LTD.,<br><br>    Plaintiff,<br><br>vs.<br><br>APPARENT, INC., et al.,<br><br>    Defendants. | Case No.: 13-cv-04156-YGR<br><br>**ORDER REQUIRING MEET AND CONFER AND SETTING COMPLIANCE HEARING** |

TO ALL PARTIES AND COUNSEL OF RECORD:

Pending before the Court are two motions to dismiss based on Fed. R. Civ. P. 12(b)(3) and 12(b)(6). Defendants have also filed an Administrative Motion to Continue Hearing on Motion to Dismiss and Set Briefing Schedule, to which Plaintiff elected not to respond.

The parties are hereby **ORDERED** to meet and confer regarding a proper exchange of all documents relevant to the pending motions to dismiss. In addition, the parties shall jointly propose to the Court a briefing schedule on the pending motions to dismiss, factoring into consideration the exchange of documents and allowing Plaintiff sufficient time to provide a substantive opposition to the motions. The briefing schedule may take into account any anticipated mediation that the parties may wish to pursue and may propose a new hearing date.

A compliance hearing shall be held on Friday, November 22, 2013 on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California in Courtroom 5. By Monday, November 18, 2013, the parties shall file either: (a) the above-referenced joint proposed briefing schedule; or (b) a one-page JOINT STATEMENT setting forth an explanation for their failure

to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.  Failure to file in compliance with this Order may result in sanctions.

**IT IS SO ORDERED**.

Dated: November 14, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**