UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AI-DAIWA, LTD.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>APPARENT, INC., et al.,<br><br>　　　　Defendants. | Case No.: 13-cv-04156-YGR<br><br>**ORDER REGARDING SCHEDULE FOR MOTIONS TO DISMISS AND VACATING COMPLIANCE HEARING** |

The parties have filed a Joint Proposed Briefing Schedule per the order of this Court. Having timely filed the proposed schedule, the compliance hearing scheduled for November 22, 2013 is hereby **VACATED**.

Regarding the pending motions to dismiss, the Court approves the briefing schedule proposed by the parties. However, due to the Court's unavailability, the Court must adjust the proposed hearing date. In addition, the Court wishes to consolidate the briefing on the motions to dismiss. Accordingly, the Court requests that Defendants withdraw the pending motions to dismiss, which will be **WITHOUT PREJUDICE** to their re-filing the motions according to the Court's schedule below. The Court hereby enters the following schedule in this matter:

| | |
|---|---|
| Consolidated Motion to Dismiss to Be Filed: | On or before January 13, 2014 |
| Opposition: | On or before January 27, 2014 |
| Reply: | On or before February 4, 2014 |
| Hearing: | February 25, 2014 at 2:00 p.m. (Courtroom 5) |

The parties are **ORDERED** to complete mediation by January 31, 2014. If the parties require an extension of the dates herein, they shall file a joint request seeking such extension.

A Case Management Conference in this matter is scheduled for March 31, 2014 at 2:00 p.m. The parties shall follow the Court's Standing Order in Civil Case regarding filing a Joint Case Management Conference Statement.

This Order terminates Dkt. No. 20.

**IT IS SO ORDERED**.

Dated: November 19, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**