CHI-HUNG A. CHAN (SBN 104289)
cchan@RMKB.com
LAEL D. ANDARA (SBN 215416)
landara@RMKB.com
MICHAEL D. KANACH (SBN 271215)
mkanach@RMKB.com

ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone:   (650) 364-8200
Facsimile:   (650) 780-1701

*Attorneys for Plaintiff*
AI-Daiwa, LTD.

JACQUELINE DESOUZA, State Bar No.:133686
DESOUZA LAW OFFICES, a professional corporation
1615 Hopkins Street
Berkeley, CA 94707
Tel/Fax:   (510) 649-3420

*Attorneys for Defendants*
Apparent Inc; Apparent Energy Inc; Apparent Solar Inc; Xslent Energy Technologies, LLC, Apparent Solar Investments (II), LLC erroneously sued herein as Apparent Solar Investments, LLC

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AI-DAIWA, LTD<br><br>            Plaintiff,<br><br>    vs.<br><br>APPARENT, INC., a Delaware corporation; APPARENT ENERGY, INC., a Delaware corporation; APPARENT SOLAR, INC., a Delaware Corporation; APPARENT SOLAR INVESTMENTS, LLC, a Hawaii limited liability company; XSLENT, LLC, a Delaware limited liability company; XSLENT ENERGY TECHNOLOGIES, LLC, a Delaware limited liability company; and DOES 1-10 inclusive,<br><br>            Defendants.<br>_____/ | Case No. CV 13-04156 **(YGR)**<br><br>REPORT TO THE COURT FOLLOWING PRIVATE MEDIATION ON JANUARY 28, 2014 |

Pursuant to this Court's Order of December 12, 2013, (Docket No. 28) the parties submit this report regarding private mediation and the status of the case:

Private Mediation:

The parties were unable to reach a resolution of the case. They discussed conducting independent lab testing to determine the source(s) of defective products but did not reach any agreement as to such process.

Discovery:

On January 22, 2014, Plaintiff requested to conduct a Fed. R. Civ. Proc. 26 (f) conference on February 5, 2014. Defendants contend they previously advised Plaintiff of their unavailability on February 5th; Plaintiff disagrees.

On that same date Plaintiffs served written discovery and later noticed depositions of Stefan Matan, Dan Tran, and Jacqueline deSouza pursuant to L.R. 37-1. In addition to the written discovery served by hand on January 22, 2014, Plaintiff also provided defendants with a proposed redlined Protective Order and Proposed Electronic Stored Information Production Order.

On February 2, 2014, Defendants asserted that the written discovery was not operative until after a Fed. R. Civ. Proc. 26 (f) conference and then refused to proceed with the proposed conference until March 3, 2014. Defendants contend that if the pending Motion to Dismiss is successful, the gist of the complaint and venue may change. Defendants assert, over Plaintiff's objections, that it is illogical to spend the time and effort to engage in a rule 26 meeting and engage in discovery until after the Motion is heard. Plaintiff has withdrawn its written discovery, but takes issue with Defendants' refusal to conduct a Fed. R. Civ. Proc. 26 (f) conference, to delay responding to written discovery.

///
///
///

Motion to Dismiss:

Defendants' Motion to Dismiss is set for hearing on February 25, 2014. The Defendants will submit a reply per the Court's Order, upon which the parties will be ready to proceed with oral argument.

Dated: February 4, 2014

Desouza Law Offices, PC

By: /s/Jacqueline deSouza
Attorneys for Defendants Apparent Inc, Apparent Energy Inc, Apparent Solar Inc, Xslent Energy Technologies, LLC and Apparent Solar Investments (II), LLC erroneously sued herein as Apparent Solar Investments, LLC

Dated: February 4, 2014

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/Michael D Kanach

*Attorneys for Plaintiff*
AI-Daiwa, LTD.