**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AI-DAIWA, LTD,<br><br>　　　Plaintiff(s),<br><br>vs.<br><br>APPARENT, INC. ET AL,<br><br>　　　Defendant(s). | Case No.: C-13-4156-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, August 11, 2014 at 2:00 p.m. |
| REFERRED TO PRIVATE MEDIATION TO BE COMPLETED BY: | July 31, 2014 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | Must obtain leave |
| NON-EXPERT DISCOVERY CUTOFF: | October 31, 2014 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: October 1, 2014<br>Rebuttal: October 17, 2014 |
| EXPERT DISCOVERY CUTOFF: | October 31, 2014 |
| DISPOSITIVE MOTIONS[1] TO BE HEARD BY: | December 2, 2014 |
| COMPLIANCE HEARING (*See* PAGE 2) | Friday, January 16, 2015 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | Friday, January 23, 2015 |
| PRETRIAL CONFERENCE: | Friday, February 6, 2015 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, February 23, 2015 at 8:30 a.m. for 5 days (Jury Trial) |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel <u>shall meet and confer in advance of the Pretrial Conference</u>. The compliance hearing on Friday, January 16, 2015 at 9:01 a.m. is intended to confirm that counsel understand the obligations required under the Pretrial Order and are in the process of timely meeting and conferring as required by the Pretrial Instructions. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders. The parties are advised that in cases assigned to a district judge, the parties may consent at any time to reassignment of the case to a magistrate judge of their joint selection for all purposes, including entry of final judgment. *See* Civil L.R. 73-1(b). This option is being made available because the magistrate judges in this district have smaller civil dockets and no felony criminal cases and may be able to adjudicate this case with more flexibility than the undersigned district judge. Should the parties choose to consent to a magistrate judge of their joint selection, forms are available at http://www.cand.uscourts.gov, in the "Forms" section.

**IT IS SO ORDERED.**

Dated: April 7, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**