UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

Date:  April 7, 2014          JUDGE: Yvonne Gonzalez Rogers

Case No:  C- 13-4156- YGR     Time: 10:01am-10:31am

Case Name: Ai-Daiwa LTD v Apparent Inc., et al.

Attorney(s) for Plaintiff: Lael D. Andara

Attorney(s) for Defendant: Jacqueline deSouza

Deputy Clerk: Frances Stone          Court Reporter: Diane Skillman

### PROCEEDINGS

STATUS CONFERENCE- HELD

Next Date: Friday, 4/11/14 at 9:00am for Status regarding submission of stipulation.


Notes: Counsel to meet and confer as to Stipulation for a joint court appointed Expert to resolve discovery issues; the issues for resolution to be indicated and the name of expert both agree on or two names if no agreement is reached.
Stipulation to be submitted by Wednesday, 4/9/14. Counsel also indicated that a Stipulated Protective order would also be submitted on 4/9/14.

Court will issue order setting dates regarding the tentative Pretrial Order, Dkt. No. 39.