UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AI-DAIWA, LTD., <br>    Plaintiff, <br>   v. <br> APPARENT, INC., et al., <br>    Defendants. | Case No. 13-cv-04156-VC <br><br> **ORDER** |

Plaintiff has filed a motion to dismiss one of Defendants' counterclaims. (Docket No. 46). This motion is noticed for May 22, 2014. Defendants have indicated in the Joint Case Management Statement that they wish to amend their answer. (Docket No. 48). In the interest of efficiency, the hearing scheduled for May 22, 2014 is VACATED, and Defendants are granted leave to amend their answer. Any amended answer shall be filed by **May 19, 2014**. Defendants will not be given any further opportunity to amend their answer to address issues raised by the motion to dismiss.

If Defendants do not amend by May 19, 2014, Plaintiff may re-notice its motion to dismiss. If Defendants do amend, Plaintiff shall, by **June 2, 2014**: (1) file an answer to any counterclaims or (2) file a new motion to dismiss.

**IT IS SO ORDERED.**

Dated: May 5, 2014

VINCE CHHABRIA  
United States District Judge