UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AI-DAIWA, LTD.,<br>          Plaintiff,<br>    v.<br>APPARENT, INC., et al.,<br>          Defendants. | Case No. 13-cv-04156-VC<br><br>**ORDER OF REFERENCE** |

Pursuant to Local Rule 72-1, it is HEREBY ORDERED that this case is referred FOR ALL DISCOVERY PURPOSES to a Magistrate Judge, with any motions to be heard and considered at the convenience of his or her calendar.  The Magistrate Judge will consider the discovery dispute letters filed by plaintiffs and defendants on July 1, 2014 (Dkt Nos. 65 and 66) as well as all other discovery matters.

Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated: July 2, 2014

_____
VINCE CHHABRIA
United States District Judge