CHI-HUNG A. CHAN (SBN 104289)
LAEL D. ANDARA (SBN 215416)
MARIE E. SOBIESKI (SBN 278008)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone:  (650) 364-8200
Facsimile:  (650) 780-1701
Email:  cchan@rmkb.com
        landara@rmkb.com

Attorneys for Plaintiff
AI-DAIWA, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AI-DAIWA, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>APPARENT, INC., a Delaware Corporation; APPARENT ENERGY, INC., a Delaware Corporation; APPARENT SOLAR, INC., a Delaware Corporation; APPARENT SOLAR INVESTMENTS, LLC, a Hawaii limited liability company; XSLENT, LLC, a Delaware limited liability company; XSLENT ENERGY TECHNOLOGIES, LLC, a Delaware limited liability company; and DOES 1-10 inclusive,<br><br>Defendants. | CASE NO. CV13-4156 VC<br><br>**MOTION TO AMEND COMPLAINT TO CORRECT PARTY NAME** |

Plaintiff, AI-DAIWA, LTD, through undersigned counsel and pursuant to United States Court of Federal Claims Rule ("RCFC") 15(a), respectfully moves this Court for leave to amend its Complaint in this matter to correct an inadvertent mistake. This amendment seeks to correct a deficiency in the original pleading with regard to Defendant APPARENT SOLAR INVESTMENTS, LLC proper, corporate name. In this regard, Defendant's proper name is APPARENT SOLAR INVESTMENTS (II), LLC. The "(II)" was inadvertently excluded in the

initial pleading.  The requested amendment merely corrects a pleading defect and does not affect the substantive rights of the parties.  Consonant with RCFC 15(a), which provides that "leave shall be freely given when justice so requires," Plaintiff requests that this Court permit this amendment in the interest of accuracy of the pleadings.  Plaintiff's counsel has discussed this motion with Defendant's counsel, who has no objection to this motion.  A corrected copy of the Complaint reflecting Plaintiff's proper name is attached hereto as Attachment A.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant its Motion to Amend the Complaint to Correct Party Name and order that all future references to Defendant by the parties and this Court be made in its proper name, APPARENT SOLAR INVESTMENTS (II), LLC.

Dated: August 27, 2014

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____ MARIE E. SOBIESKI
CHI-HUNG A. CHAN
LAEL D. ANDARA
MARIE E. SOBIESKI
Attorneys for Plaintiff AI-DAIWA, LTD.

Date: September 24, 2014



GRANTED
Judge Vince Chhabria