PARTON | SELL | RHOADES
A Professional Corporation

1 [Counsel listed on page 2]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AI-DAIWA, LTD.,<br><br>    Plaintiff,<br><br>    v.<br><br>APPARENT, INC., a Delaware Corporation; APPARENT ENERGY, INC., a Delaware Corporation; APPARENT SOLAR, INC., a Delaware Corporation; APPARENT SOLAR INVESTMENTS, LLC, a Hawaii limited liability company; XSLENT, LLC, a Delaware limited liability company; XSLENT ENERGY TECHNOLOGIES, LLC, a Delaware limited liability company; and DOES 1-10 inclusive,<br><br>    Defendants | Case No.: CV13-4156 EDL<br><br>JOINT REPORT OF COUNSEL RE STATUS OF COURT EXPERT'S TESTING AND POTENTIAL IMPACT ON SCHEDULING; JOINT STIPULATION AND REQUEST TO CONTINUE SETTLEMENT CONFERENCE; AND ~~(PROPOSED)~~ ORDER<br><br>Case Filed:   9/9/13<br>Trial Date:   7/6/15 |
| AND RELATED CROSS-ACTION | |

1                                                                              CV13-4156 EDL
JOINT REPORT OF COUNSEL RE STATUS OF COURT EXPERT'S TESTING AND POTENTIAL IMPACT ON SCHEDULING; JOINT STIPULATION AND REQUEST TO CONTINUE SETTLEMENT CONFERENCE; AND (PROPOSED) ORDER

1  JAMES PARTON, ESQ. (SBN 77698)
   FRANCIS CONWAY, ESQ. (SBN 186207)
2  PARTON | SELL | RHOADES
   A Professional Corporation
3  900 Larkspur Landing Circle, Suite 150
   Larkspur, CA 94939
4  Telephone:    (415) 258-9700
   Facsimile:    (415) 258-9739
5  Email: jparton@partonsell.com

6  JACQUELINE DESOUZA, ESQ. (SBN 133686)
   DESOUZA LAW OFFICES, PC
7  1615 Hopkins Street
   Berkeley, CA 94707
8  T:    (510) 550-0010
   F:    (510) 649-3420
9  Email: jdesouza@dlawcorp.com

10 Attorneys for Defendants, APPARENT, INC.;
   APPARENT ENERGY, INC.; APPARENT
11 SOLAR, INC., XSLENT ENERGY
   TECHNOLOGIES, LLC; and APPARENT SOLAR
12 INVESTMENTS (II), LLC (erroneously sued
   herein as Apparent Solar Investments, LLC) and
13 Counter Claimants, APPARENT, INC. and
   APPARENT ENERGY, INC
14
   CHI-HUNG A. CHAN (SBN 104289)
15 LAEL D. ANDARA (SBN 215416)
   MARIE E SOBIESKI (SBN 278008)
16 ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 500
17 Redwood City, CA 94063-2052
   T:    (650) 364-8200
18 F:    (650) 780-1701
   Email: cchan@rmkb.com
19        landara@rmkb.com
          mkanach@rmkb.com
20
   Attorneys for Plaintiff
21 AI-DAIWA, LTD.

22

23

24

25

26

27

28

JOINT REPORT OF COUNSEL RE STATUS OF COURT EXPERT'S TESTING AND POTENTIAL IMPACT ON SCHEDULING; JOINT STIPULATION AND REQUEST TO CONTINUE SETTLEMENT CONFERENCE; AND (PROPOSED) ORDER

**TO THE COURT**:

On October 1, 2014, counsel for all parties, Lael Andara and Marie E Sobieski for Plaintiff and Jacqueline deSouza and James Parton III for Defendants, met in person with the Court Expert, John C. McNulty, Ph.D., and Ray K. Huang, Ph.D. and Meredith C. K. Sellers, Ph.D., at Exponent in Menlo Park to discuss the draft test protocol and Dr. McNulty's projected time line for completing the testing and preparing his report.

Dr. McNulty's draft test protocol provides for two possible phases of testing. Phase I is nondestructive testing of incident (i.e. failed) and exemplar units. Phase 2, if necessary, involves destructive testing.

The Phase 1 testing involves: external/internal inspection and a variety of electrical testing of all units; electrical testing over the rated temperature range for select incident and exemplar units; and thermal imaging of select incident and exemplar units.

The draft test protocol further provides that Dr. McNulty will advise the parties regarding the need for destructive testing by November 1. The need for destructive testing, and the number of units that may need destructive testing, will be determined based on the results of the nondestructive testing.

Dr. McNulty anticipates being able to provide a preliminary expert report for review by November 20, pending verification that the settlement conference scheduled for November 7 can be moved to the first week of December. He anticipates that he will need an additional 1 – 4 weeks to supplement the expert report with destructive evaluation results (depending on the number of units he needs for destructive testing. Thus, Dr. McNulty advises that he may not have his complete expert report available for review until December 20.

The parties agree that they need a minimum of 7 days, and preferably 10 days, to evaluate Dr. McNulty's preliminary and final expert reports before they can have a productive settlement conference.

Pursuant to the Minute Order [Docket 81] and the Notice Of Settlement Conference And Settlement Conference Order [Docket 82], the following are the scheduled dates in this case:

3     CV13-4156 EDL
JOINT REPORT OF COUNSEL RE STATUS OF COURT EXPERT'S TESTING AND POTENTIAL IMPACT ON SCHEDULING; JOINT STIPULATION AND REQUEST TO CONTINUE SETTLEMENT CONFERENCE; AND (PROPOSED) ORDER

| | | |
|---|---|---|
| 1 | November 7, 2014 | Settlement Conference before Magistrate Judge |
| 2 | | Kandis A. Westmore; Discovery stay until this date. |
| 3 | December 16, 2014 | Case Management Conference |
| 4 | January 21, 2015 | Discovery cut off; Expert disclosure |
| 5 | February 4, 2015 | Expert rebuttal |
| 6 | February 28, 2015 | Expert discovery cut off |
| 7 | May 28, 2015 | Motion cut off |
| 8 | June 23, 2015 | Pre-Trial Conference |
| 9 | July 6, 2015 | Trial |

The parties wish to maintain the current trial (and related) dates, if possible.

However, based on Dr. McNulty's time estimates, **the parties request the Court's permission to reschedule the Settlement Conference to December 3, 2014, on which date the availability of all parties, their counsel, and Magistrate Judge Westmore has been confirmed**.

Further, the parties wish to apprise the Court of the possibility that the Court Expert's report will not be completed until December 20. In that case, the Settlement Conference, in order to have a substantial chance of success, would need to be moved to early January, 2015.

Given the scheduling order, defendants request that the discovery stay not be extended beyond November 7.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**.

DATED: _____10/3/2014_____        __/Lael D. Andara/_____
Attorneys for AI-Daiwa

DATED: _____10/3/2014_____        __/Jacqueline deSouza/_____
Attorneys for Defendants and Counterclaimants

DATED: _____10/3/2014_____        __/James Parton III/_____
Attorneys for Defendants and Counterclaimants

JOINT REPORT OF COUNSEL RE STATUS OF COURT EXPERT'S TESTING AND POTENTIAL IMPACT ON SCHEDULING; JOINT STIPULATION AND REQUEST TO CONTINUE SETTLEMENT CONFERENCE; AND (PROPOSED) ORDER

**PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED**.

The SETTLEMENT CONFERENCE before Magistrate Judge Kandis A. Westmore, currently scheduled on November 7, 2014 may be rescheduled to December 3, 2014. The discovery stay is lifted effective November 7, 2014.

Dated: October 8, 2014



Judge Vince Chhabria

JOINT REPORT RE STATUS OF COURT EXPERT'S WORK

---

5  CV13-4156 EDL

JOINT REPORT OF COUNSEL RE STATUS OF COURT EXPERT'S TESTING AND POTENTIAL IMPACT ON SCHEDULING; JOINT STIPULATION AND REQUEST TO CONTINUE SETTLEMENT CONFERENCE; AND (PROPOSED) ORDER