1  CHI-HUNG A. CHAN (SBN 104289)
   LAEL D. ANDARA (SBN 215416)
2  MARIE E. SOBIESKI (278008)
   ROPERS, MAJESKI, KOHN & BENTLEY
3  1001 Marshall Street, Suite 500
   Redwood City, CA 94063-2052
4  T:	(650) 364-8200
   F:	(650) 780-1701
5  Email: lael. andara@rmkb.com
   	marie.sobieski@rmkb.com
6
   Attorneys for Plaintiff
7  AI-DAIWA, LTD.

8

   JACQUELINE DESOUZA, ESQ. (SBN 133686)
9  DESOUZA LAW OFFICES
   A Professional Corporation
10 7428 Redwood Blvd., Suite 102
   Novato, CA 94945
11 Tel/Fax:	(510) 649-3420
   Email: jdesouza@dlawcorp.com
12
   Attorney for Defendants, APPARENT, INC.;
13 APPARENT ENERGY, INC.; APPARENT SOLAR,
   INC., XSLENT ENERGY TECHNOLOGIES, LLC;
14 and APPARENT SOLAR INVESTMENTS (II), LLC
   (erroneously sued herein as Apparent Solar
15 Investments, LLC) and Counter Claimants,
   APPARENT, INC. and APPARENT ENERGY, INC
16

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19 AI-DAIWA, LTD.,                          | Case No.: CV13-4156 VC

20             Plaintiff,                   | **JOINT STIPULATION**
                                            | AS MODIFIED WITH ORDER
21       v.

22 APPARENT, INC., a Delaware Corporation;
   APPARENT ENERGY, INC., a Delaware
23 Corporation; APPARENT SOLAR, INC., a
   Delaware Corporation; APPARENT SOLAR
24 INVESTMENTS (II), LLC, a Hawaii limited
   liability company; XSLENT ENERGY
25 TECHNOLOGIES, LLC, a Delaware limited
   liability company; and DOES 1-10 inclusive,
26
               Defendants.
27
   AND RELATED CROSS-ACTION
28

{JDS9796.DOCX}          RC1/   - 1 -            JOINT STIPULATION
                                                CASE NO. CV13-4156 VC

1  WHEREAS, counsel notifies this Court that lead counsel for AI-Daiwa is currently scheduled for a Settlement Conference in another matter (Case No. 3:11-cv-04494-WHO) on January 29, 2015. Lead counsel for AI-Daiwa will be on a prepaid vacation out of California for the week of February 2, 2015. Lead counsel for AI-Daiwa will be attending a motion hearing in Case No. 3:14-cv-01409-EJD on February 10, 2015 in the U.S. District Northern District of California in San Jose. As such, counsel requests that the Case Management Conference be moved to a date after the Settlement Conference scheduled for February 20, 2015.

The parties have agreed to stay discovery until after the Settlement Conference in order to maximize the possibility of settlement.

The parties hereby stipulate to move the Case Management Conference to February 26, 2015, or thereafter.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**.

DATED:  1/20/2015          /s/ Lael D. Andara
                           Attorneys for AI-Daiwa

DATED:  1/20/2015          /s/ Jacqueline deSouza
                           Attorney for Defendants and Counterclaimants

The case management conference is rescheduled to March 10, 2015, at 10:00 a.m. An updated joint case management statement is due no later than March 3, 2015.

Date: January 21, 2015



IT IS SO ORDERED AS MODIFIED
Judge Vince Chhabria

{JDS9796.DOCX}   RC1/   - 2 -   JOINT STIPULATION
CASE NO. CV13-4156 VC