CHI-HUNG A. CHAN (SBN 104289)
LAEL D. ANDARA (SBN 215416)
MARIE E. SOBIESKI (278008)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
T:  (650) 364-8200
F:  (650) 780-1701
Email: lael. andara@rmkb.com
       marie.sobieski@rmkb.com

Attorneys for Plaintiff
AI-DAIWA, LTD.

JACQUELINE DESOUZA, ESQ. (SBN 133686)
DESOUZA LAW OFFICES
A Professional Corporation
7428 Redwood Blvd., Suite 102
Novato, CA 94945
Tel/Fax:  (510) 649-3420
Email: jdesouza@dlawcorp.com

Attorneys for Defendants, APPARENT, INC.;
APPARENT ENERGY, INC.; APPARENT SOLAR, INC., XSLENT ENERGY TECHNOLOGIES, LLC;
and APPARENT SOLAR INVESTMENTS (II), LLC,
and Counter Claimants, APPARENT, INC. and APPARENT ENERGY, INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AI-DAIWA, LTD., <br><br> Plaintiff, <br><br> v. <br><br> APPARENT, INC., a Delaware Corporation; APPARENT ENERGY, INC., a Delaware Corporation; APPARENT SOLAR, INC., a Delaware Corporation; APPARENT SOLAR INVESTMENTS (II), LLC, a Hawaii limited liability company; XSLENT ENERGY TECHNOLOGIES, LLC, a Delaware limited liability company; and DOES 1-10 inclusive, <br><br> Defendants <br><br> AND RELATED CROSS-ACTION | Case No.: CV13-4156 VC <br><br> **JOINT STIPULATION OF THE PARTIES RELATING TO THE COURT'S ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO DISQUALIFY COUNSEL AND LITIGATION SCHEDULE** <br> AND ORDER <br> Hon. Vince Chhabria <br><br> Complaint filed September 9, 2013 <br> Counterclaim filed March 24, 2014 |

On April 9, 2015, this Court heard Plaintiff AI-Daiwa, Ltd.'s ("AI-Daiwa") Motion to Disqualify Jacqueline DeSouza counsel for Defendants, Apparent Inc, Apparent Energy Inc, Apparent Solar Inc, Apparent Solar Investments II, LLC, Xslent Energy Technologies, LLC (collectively, "Apparent") from the litigation and trial. At the hearing, the Court issued a tentative Order Disqualifying Ms. DeSouza from the litigation and trial, vacating all trial dates, and setting a further Case Management Conference hearing. [Docket 120] The Court's written Order withdrew its ruling from the bench vacating trial dates, but continued the trial to November 2, 2015 to permit four weeks between the pre-trial conference and the trial date to allow for the resolution of which witnesses would require co-counsel questioning. [Docket 123]

The parties have conferred regarding how to implement the Court's Order and agree that a short continuance of the discovery, expert disclosure, and dispositive motion dates will assist with the issues presented by the Court's Order. Discovery has been delayed due to resolution of the Motion to Disqualify. A short continuance will allow Apparent to secure co-counsel and permit co-counsel to participate in the litigation and further allow both parties to complete discovery. The parties anticipate deposing the Court Expert within the next 30 days. The parties do not propose moving the pre-trial or trial date as set forth by the Court in its Order. Thus, the parties propose the following schedule:

| **Action** | **Present Date** | **Proposed Date** |
| --- | --- | --- |
| Completion of all written and witness discovery | May 26, 2015 | June 29, 2015 |
| Expert Disclosure | April 27, 2015 | May 27, 2015 |
| Supplemental Expert Disclosure | May 11, 2015 | June 12, 2015 |
| Dispositive Motion Hearing | July 23, 2015 | August 27, 2015 |
| Pre-Trial Conference | October 5, 2015 | October 5, 2015 |
| Trial | October 20, 2015 | November 2, 2015 |

/ / /

/ / /

/ / /

1  **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**.

2  DATED: April 14, 2015          /s/ Lael D. Andara
                                  Attorneys for AI-Daiwa

4  DATED: April 14, 2015          /s/ Jacqueline deSouza
                                  Attorneys for Defendants and Counterclaimants

7  Based on the stipulation of the Parties, and good cause being shown, this Court Orders that dates by which Written and Witness Discovery, Expert Disclosures, and Dispositive Motions must be completed or heard shall be continued as set forth in the parties' stipulation.

10  **IT IS ORDERED.**

11  DATED: April 16, 2015

                                  Honorable Judge Vince Chhabria