UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AI-DAIWA, LTD.,

    Plaintiff,

v.

APPARENT, INC., et al.,

    Defendants.

Case No. 13-cv-04156-VC

**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO SEAL**

Re: Dkt. No. 116

AI-Daiwa's motion to seal the exhibits in connection with its reply to its Motion to Disqualify is granted in part and denied in part. It is granted with respect to the following documents: Apparent_486, Apparent_503, Apparent_1842, Apparent_538, Apparent_650, Apparent_811, Apparent_1731, Apparent_1732, Apparent_1733, Apparent_1748, Apparent_1752, Apparent_1835, and the two documents without Bates Numbers. It is denied with respect to the following documents: Apparent_1840, Apparent_1841, Apparent_1843, Apparent_02930.

**IT IS SO ORDERED.**

Dated: April 27, 2015

VINCE CHHABRIA
United States District Judge