UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AI-DAIWA, LTD.,<br><br>        Plaintiff,<br><br>    v.<br><br>APPARENT, INC., et al.,<br><br>        Defendants. | Case No.   13-cv-04156-VC<br><br>**ORDER REFERRING THE PARTIES TO A FURTHER SETTLEMENT CONFERENCE** |

      This matter is re-referred to Magistrate Judge Kandis Westmore of this court to conduct a Further Settlement Conference during the month of September 2015. The assigned judge's chambers will contact counsel with a date and time for the conference to be conducted.

      **IT IS SO ORDERED.**

Dated: June 24, 2015

_____
VINCE CHHABRIA
United States District Judge