CHI-HUNG A. CHAN (SBN 104289)
LAEL D. ANDARA (SBN 215416)
MARIE E. SOBIESKI (278008)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
T:      (650) 364-8200; F:      (650) 780-1701
Email: lael. andara@rmkb.com marie.sobieski@rmkb.com

Attorneys for Plaintiff: AI-DAIWA, LTD.

JACQUELINE DESOUZA, State Bar No.:133686
DESOUZA LAW OFFICES, a professional corporation
7428 Redwood Blvd., Suite 102
Novato, CA 94945
Tel:  (510) 649-3420; Fax:  (510)649-1711
Email: jdesouza@dlawcorp.com

MICHAEL W. STEBBINS, State Bar No. 138326
KATHRYN E. BARRETT, State Bar No. 162100
SILICON VALLEY LAW GROUP
50 W. San Fernando Street, Suite 750
San Jose, CA  95113
Tel:  (408) 573-5700; Fax: (408) 573-5701
Email:  mws@svlg.com; keb@svlg.com

Attorneys for: Apparent Inc; Apparent Energy Inc; Apparent Solar Inc; Xslent Energy Technologies, LLC, Apparent Solar Investments (II), LLC and Counterclaimants

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AI-DAIWA, LTD<br><br>         Plaintiff,<br>   vs.<br><br>APPARENT, INC., a Delaware corporation; APPARENT ENERGY, INC., a Delaware corporation; APPARENT SOLAR, INC., a Delaware Corporation; APPARENT SOLAR INVESTMENTS, LLC, a Hawaii limited liability company; XSLENT, LLC, a Delaware limited liability company; XSLENT ENERGY TECHNOLOGIES, LLC, a Delaware limited liability company; and DOES 1-10 inclusive,<br><br>         Defendants.<br>_____/<br>And Related Counterclaim<br>_____/ | Case No. CV 13-04156 **(VC)**<br><br>STIPULATION TO PERMIT THE DEPOSITION OF CLAYTON BORZINI AFTER THE CLOSE OF FACT DISCOVERY<br><br>Complaint filed September 9, 2013<br>First Amended Complaint filed October 8, 2013<br>Counterclaim filed March 24, 2014 |

The Parties hereby stipulate to the following:

STIPULATION OF THE PARTIES TO EXTEND DISCOVERY TO CONDUCT THE DEPOSITION OF CLAYTON BORZINI
PAGE 1

1. The Parties stipulate and agree that Clayton Borzini's deposition will take place after the close of discovery on a date convenient to the parties and witness and before August 7, 2015. This stipulation does not extend discovery as to any other matter other than Mr. Borzini's deposition.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**.

DATED: ___July 10, 2015___          /s/Arthur Bortz_____
                                                        Attorneys for AI-Daiwa

DATED: July 12, 2015          /s/ Jacqueline DeSouza_____
                                                        Attorneys for Defendants and Counterclaimants

1  Based on the Stipulation of the Parties and Good Cause appearing therefore:

2  It is hereby Ordered that discovery is extended to permit AI-Daiwa, Ltd to take the deposition

3  of Clayton Borzini. Such deposition will occur at a date and time convenient to the Parties and Mr.

4  Borzini and on or before August 7, 2015.

5  IT IS SO ORDERED.

7  Dated: __July 15_____, 2015    _____

8  United States District Judge Vince Chhabria