UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AI-DAIWA, LTD.,<br><br>          Plaintiff,<br><br>     v.<br><br>APPARENT, INC., a Delaware Corporation; et al.,<br><br>          Defendants. | CASE NO.  CV13-4156 VC<br><br>[~~PROPOSED~~] **ORDER GRANTING MOTION TO SHORTEN TIME TO HEAR PLAINTIFF AI-DAIWA'S MOTION TO STRIKE EXPERT REPORT AND TO STRIKE EXPERT TESTIMONY**<br><br>Original Hearing Date:   September 24, 2015<br><br>Shortened Hearing Date: August 27, 2015<br>Hearing Time:            10:00 AM<br><br>Courtroom: 4, 17th Floor |

Pursuant to Civil Local Rules 6-1(b) and 6-3, and Plaintiff AI-Daiwa's Motion to Shorten Time to Hear its Motion to Strike the Expert Report and Expert Testimony, and good cause appearing therefor, Plaintiff AI-Daiwa's Motion, scheduled for hearing on September 24, 2015, shall be heard on August 27, 2015, at 10:00 a.m. in Courtroom 4 of the above-entitled Court, concurrent with the scheduled hearing already set for that date on Apparent's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated: August 14, 2015                                   _____
                                                         HONORABLE VINCE CHHABRIA