UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AI-DAIWA, LTD.,

    Plaintiff,

v.

APPARENT, INC., et al.,

    Defendants.

Case No. 13-cv-04156-VC

**ORDER RE BRIEFING SCHEDULE ON MOTION TO STRIKE**

    AI-Daiwa's motion to shorten time on its motion to strike did not include a proposed briefing schedule.

    Apparent's opposition is due Monday, Aug 24, by 5 p.m. Any reply is due Tuesday, Aug 25, by midnight.

**IT IS SO ORDERED.**

Dated: Aug 21, 2015

_____
VINCE CHHABRIA
United States District Judge