United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AI-DAIWA, LTD.,<br>          Plaintiff,<br>    v.<br>APPARENT, INC., et al.,<br>          Defendants. | Case No. 13-cv-04156-VC<br><br>**ORDER TO SHOW CAUSE** |

Both sides should be prepared to explain at the final pretrial conference why they have not timely paid the court-appointed expert's bills, and why they should not be sanctioned for having failed to do so.

**IT IS SO ORDERED.**

Dated: September 28, 2015

_____
VINCE CHHABRIA
United States District Judge