UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AI-DAIWA, LTD.,<br><br>        Plaintiff,<br><br>   v.<br><br>APPARENT, INC., et al.,<br><br>        Defendants. | Case No.   13-cv-04156-VC<br><br>**ORDER RE SETTLEMENT AND ORDER TO SHOW CAUSE** |

The parties have informed the Court that they have reached a settlement. Accordingly, all deadlines are vacated, except for the order to show cause why Apparent should not be sanctioned for failing to pay its bill from the court appointed expert. The hearing on the order to show cause is continued to October 29, 2015 at 10:00 a.m. In addition, by October 22, 2015, each attorney for Apparent must file a brief, not to exceed 10 pages, showing cause why she should not be held jointly and severally liable for the amount Apparent owes to the court appointed expert, as a sanction for failing to ensure that this bill be paid.

**IT IS SO ORDERED.**

Dated: October 6, 2015

_____
VINCE CHHABRIA
United States District Judge