UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AI-DAIWA, LTD.,

    Plaintiff,

    v.

APPARENT, INC., et al.,

    Defendants.

Case No. 13-cv-04156-VC

**ORDER CONTINUING SHOW CAUSE HEARING**

Because Apparent's counsel contends Apparent has sent payment to the court-appointed expert but the expert has informed the court that he has not received it, the hearing on the order to show cause is continued to November 12, 2015 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: October 28, 2015

_____
VINCE CHHABRIA
United States District Judge